UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ON BEHALF OF ITS AGENCY, RURAL HOUSING SERVICE OR SUCCESSOR AGENCY, UNITED STATES DEPARTMENT OF AGRICULTURE, <br><br> Plaintiff <br><br> v. <br><br> TAMMY SAUCEDO, <br><br> Defendant. | No. 16-cv-50292 <br><br> Judge Johnston |

## MOTION FOR ENTRY OF JUDGMENT OF FORECLOSURE

The United States of America, by its attorney Joel R Levin, Acting United States Attorney for the Northern District of Illinois moves for the Entry of a Judgment of Foreclosure.

Plaintiff's claim of damages is for a sum that is made certain by computation and is more specifically set forth in its supporting Judgment Affidavit. (Ex. A, Affidavit of amounts due and owing and Ex. B, Certificate of prove-up of foreclosure fees and costs).

WHEREFORE, the United States moves this Honorable Court for entry of a Judgment of Foreclosure, and for that amount as set forth and made certain in its Judgment Affidavit and Certificate of Prove-up of Foreclosure Fees and Costs.

                                                               Respectfully submitted,

                                                               JOEL R LEVIN
                                                               Acting United States Attorney

                                  By: s/Ashley K Rasmussen_____
                                             Ashley K Rasmussen
                                             Attorney for the United States
                                             arasmussen@potestivolaw.com
                                             223 W. Jackson Blvd., Suite 610
                                             Chicago, Illinois 60606
                                             (312) 263-0003